UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

STEWART ABRAMSON, individually and
on behalf of a class of all persons and
entities similarly situated,

      Plaintiff,

vs.                                                                       Case No. 0:20-cv-62325-WPD

SIMPLE HOME 360 INC. and
SAFE STREETS USA LLC,

      Defendants.
_____/

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

      Plaintiff Stewart Abramson and Defendant Safe Streets USA LLC hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

      Respectfully Submitted,

Dated: August 16, 2021

      */s/ Avi Kaufman*
      Avi R. Kaufman (FL Bar no. 84382)
      kaufman@kaufmanpa.com
      Rachel E. Kaufman (FL Bar no. 87406)
      rachel@kaufmanpa.com
      KAUFMAN P.A.
      400 NW 26th Street
      Miami, FL 33127
      Telephone: (305) 469-5881

      *Counsel for Plaintiff and the putative class*

      */s/David M. Hawthorne*
      David M. Hawthorne
      Lewis Brisbois Bisgaard & Smith, LLP
      110 SE 6th Street, Ste. 2600
      Fort Lauderdale, FL 33301
      Telephone: (954) 728-1280
      Florida State Bar # 935174
      Email: david.hawthorne@lewisbrisbois.com
      *Counsel for Defendant Safe Streets USA, LLC*