UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62325-CIV-DIMITROULEAS

STEWART ABRAMSON, Individually and
on behalf of a class of all persons and entities
similarly situated,

    Plaintiffs,

vs.

SIMPLE HOME 360 INC. and
SAFE STREETS USA LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulation of Dismissal without Prejudice [DE 35] (the "Stipulation"), filed herein on August 16, 2021. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 35] is hereby **APPROVED**;

2. The claims between Plaintiff Stewart Abramson and Defendant Safe Streets USA LLC are **DISMISSED without prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3. Plaintiff shall file a motion for final default judgment or alternatively a notice of dismissal as to Defendant Simple Home 360 Inc. on or before **August 30, 2021**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 23rd day of August, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record