## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

STEWART ABRAMSON, individually and
on behalf of a class of all persons and
entities similarly situated,

      Plaintiff,

vs.                                  Case No. 0:20-cv-62325-WPD

SIMPLE HOME 360 INC. and
SAFE STREETS USA LLC,

      Defendants.

_____/

### NOTICE OF DISMISSAL AND SHOW CAUSE RESPONSE

Plaintiff Stewart Abramson hereby provides notice of the dismissal of this action as to Simple Home 360 Inc. without prejudice, with each party to bear its own attorneys' fees and costs.

Plaintiff's and the putative class's claims against Simple Home are being resolved as part of the class action settlement in *Fitzhenry, et al. v. ADT LLC, et al.*, Eastern District of North Carolina Case No. 5:19-cv-00394-BO.

                                      Respectfully Submitted,

Dated: August 31, 2021             */s/ Avi Kaufman*
                                Avi R. Kaufman (FL Bar no. 84382)
                                kaufman@kaufmanpa.com
                                Rachel E. Kaufman (FL Bar no. 87406)
                                rachel@kaufmanpa.com
                                KAUFMAN P.A.
                                400 NW 26th Street
                                Miami, FL 33127
                                Telephone: (305) 469-5881

                                *Counsel for Plaintiff and the putative class*