UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62325-CIV-DIMITROULEAS

STEWART ABRAMSON, Individually and
on behalf of a class of all persons and entities
similarly situated,

      Plaintiffs,

vs.

SIMPLE HOME 360 INC. and
SAFE STREETS USA LLC,

      Defendants.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal (the "Notice") [DE 39], filed herein on August 31, 2021. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 39] is hereby **APPROVED**.

2. The case is **DISMISSED without prejudice**.

3. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 1st day of Septembert, 2021.

*(signature)*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record